**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-61555-RAR**

**COLLINS JULISSA LEMUS MOYA**,

      Petitioner,

v.

**U.S. IMMIGRATION AND CUSTOMS**
**ENFORCEMENT and WARDEN OF**
**BROWARD TRANSITIONAL CENTER**,

      Respondents.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court on Petitioner Collins Julissa Lemus Moya's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, [ECF No. 1].  Since Petitioner has paid the filing fee, *see* Clerk's Notice of Receipt, [ECF No. 3], it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  Respondent shall file a memorandum of fact and law ("Response") to show cause why the Petition should not be granted on or before **June 12, 2026**.  The Response must be accompanied by an appendix which shall include copies of all relevant exhibits, documents, and transcripts necessary for resolution of the Petition.[1]  The Response must address all procedural and merits-based issues pertinent to Petitioner's claim.

2. If Respondent fails to show good cause, the Court may grant Petitioner's requested relief, provided there exists support thereof in the record.

---

[1]  The Government shall review this Court's prior opinions in the immigration context in preparing its Response and address them to the extent they are applicable.  *See Grigorian v. Bondi*, No. 25-22914, 2025 WL 1895479 (S.D. Fla. July 8, 2025); *Mafundu v. Mayorkas*, 699 F. Supp. 3d 1310 (S.D. Fla. 2023); *Echeverri v. U.S. Citizenship & Immigr. Servs.,* No. 23-21711, 2023 WL 5350810 (S.D. Fla. Aug. 21, 2023).

3.  Petitioner may, but is not required to, file a reply within **seven (7) days** after Respondent files their Response to the Petition.  Any such reply shall not exceed **ten (10) pages**.  *See* S.D. Fla. L.R. 7.1(c).  No other pleadings will be allowed.

4.  This case shall be **CLOSED for administrative purposes only** pending briefing of the Petition.

**DONE AND ORDERED** in Miami, Florida, this 29th day of May, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   **Collins Julissa Lemus Moya**
      A- 206734275
      Broward Transitional Center
      Inmate Mail/Parcels
      3900 North Powerline Road
      Pompano Beach, FL 33073
      PRO SE